

**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 1, 2022

By CM/ECF

Honorable Ona T. Wang
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Brock v. Comm'r of Soc. Sec.*, 1:22-cv-01226-JPO-OTW

Dear Judge Wang:

This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny Plaintiff's application for benefits. The Commissioner is to file a certified administrative record (CAR) by July 2, 2022. The undersigned respectfully requests a 30-day extension of this deadline to August 1, 2022 to file the CAR.

This is the Commissioner's second request for an extension of the deadline to file this certified administrative record. The extension is necessary because a clerical error has caused delays in the production of the CAR.

We have conferred with Plaintiff's counsel regarding this application, and counsel advised that he consents to this request.

Thank you for Your Honor's consideration.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                       By:    *Victoria S. Treanor*
                             Victoria S. Treanor
                             Special Assistant United States Attorney
                             c/o Social Security Administration
                             Office of General Counsel
                             26 Federal Plaza, Room 3904
                             New York, NY 10278

---

**SO ORDERED:**

Application GRANTED.

*[signature]*

_____
**Ona T. Wang**      7/13/22
United States Magistrate Judge

        Tel.: (212) 264-2524  
        Fax:  (212) 264-6372  
        Victoria.Treanor@ssa.gov

Cc (via ECF): Louis Burko, Esq.